UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**AMY J. HOUSEHOLDER, et al.,**

    **Plaintiffs,**

    v.

**THE ESTATE OF MICHAEL
M. VAUGHN, et al.,**

    **Defendants.**

Case No. 2:15-cv-2750
JUDGE GREGORY L. FROST
Magistrate Judge Terence P. Kemp

## ORDER

This matter is before the Court for consideration of Plaintiffs' December 21, 2015 notice of voluntary dismissal (ECF No. 27) and Defendant Tri-State Wireline, LLC's December 22, 2015 notice of voluntary dismissal (ECF No. 28).  As the proposed agreed order submitted to chambers indicates and as confirmed by telephone communication with counsel, the parties seek to effectuate the dismissal of all claims and cross-claims between the parties involved in this litigation.  Therefore, construing the filings as motions under Federal Rule of Civil Procedure 41(a)(2), the Court **GRANTS** the motions.  (ECF Nos. 27, 28.)  All claims and the cross-claim are dismissed with prejudice, with the parties bearing responsibility for their own attorney's fees and costs associated with this matter.

    **IT IS SO ORDERED.**

    /s/ Gregory L. Frost
    GREGORY L. FROST
    UNITED STATES DISTRICT JUDGE